M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner for admission to bail is denied. Roberts, C. J. not participating. *Joseph E. Gonsalves,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

APPEAL No. 73-72. MARIA MALAK *v.* WILLIAM D. MACINTOSH. Motion of defendant-appellee to have the notice of lis pendens, recorded by plaintiff-appellant in the office of the Recorder of Deeds in Warwick, Rhode Island, on December 13, 1972, declared null and void is granted. Roberts, C. J. not participating. *William H. McSoley, Jr.,* for plaintiff-appellant. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendant-appellee.

APPEAL No. 73-275. ADELE CASTELLUCCI *v.* EUGENE CASTELLUCCI. Motion of appellee that appellant be directed to make payments under a certain note referred to herein or to deposit monthly payments into the registry of the Family Court in accordance with Family Court decree is denied. Roberts, C. J. and Doris, J. not participating. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for plaintiff-appellee. *Joseph E. Marran, Jr.,* for defendant-appellant.